**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**ASHLEY NEFF,**

      **Plaintiff,**

                                          **Civil Action 2:18-cv-1450**
                                          **Judge Algenon L. Marbley**
      **v.**                              **Chief Magistrate Judge Elizabeth P. Deavers**


**RITE RUG CO.,**

      **Defendant.**


**ORDER**

On July12, 2019, Plaintiff filed a Notice of Dismissal purporting to dismiss this action with prejudice.  (ECF No. 15.)  Plaintiff's Notice, however, fails to comply with Federal Rule of Civil Procedure 41(a)(1)(A)(i) because it lacks the signature of Defendant, which has already filed an Answer (ECF No. 4).  Until the parties file a stipulation of dismissal compliant with Rule 41(a)(1)(A)(ii), Plaintiff's claims remain pending.  If Defendant is unwilling to stipulate to dismissal, Plaintiff may file a motion for dismissal by Court Order pursuant to Federal Rule of Civil Procedure 41(a)(2).

      **IT IS SO ORDERED.**


Date: July 16, 2019                          /s/ *Elizabeth A. Preston Deavers*
                                      ELIZABETH A. PRESTON DEAVERS
                                      CHIEF UNITED STATES MAGISTRATE JUDGE