**THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ASHLEY NEFF, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:18-CV-1450 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| RITE RUG CO., | : | |
| | : | |
| Defendant. | : | |

Plaintiff Ashley Neff and Defendant Rite Rug Co. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned matter, with prejudice, with Plaintiff to bear fees and costs.

Respectfully submitted,

/s/ Rachel A. Sabo
Rachel A. Sabo (0089226)
Peter G. Friedmann (0089293)
THE FRIEDMANN FIRM LLC
1457 S. High Street
Columbus, OH 43207
Telephone:  614.610.9757
Facsimile:   614.737.9812
E-mail:  rachel@tfflegal.com

*Attorney for Plaintiff*

/s/ Victor D. Radel
Victor D. Radel (0075293)
Thrasher, Dinsmore & Dolan, LPA
1111 Superior Ave., Suite 412
Cleveland, Ohio 44114
P: (216) 255-5431
F: (216) 255-5450
E-mail: vradel@tddlaw.com

*Counsel for Defendant Rite Rug Co.*